Richard S. Busch (SBN 319881)
E-Mail: *rbusch@kingballow.com*
**KING & BALLOW**
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (424) 253-1255
Facsimile: (888) 688-0482
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEPLAY MUSIC, LLC<br><br>                    Plaintiff,<br><br>vs.<br><br>Cable News Network, Inc., CNN Chile and CNN Philippines<br><br>                    Defendants. | Case Number:  22-cv-8680<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT AND VICARIOUS COPYRIGHT INFRINGEMENT**<br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff FREEPLAY MUSIC, LLC, by and through its attorneys of record, alleges as follows:

## JURISDICTION

1.     Subject matter jurisdiction over this action is conferred upon this Court by 28 U.S.C. §§ 1331 and 1338 as Plaintiff's claims arise under the Copyright Act, 17 U.S.C. §§ 101 *et seq.*

2.     This Court has general personal jurisdiction over Defendant Cable News Network, Inc. ("CNN") as CNN maintains substantial offices in Los Angeles, which they call their "west-coast headquarters", and operates and transacts business within Los Angeles County. Upon information and belief, CNN

has continuously maintained contacts and has so availed itself of the laws of California such that it is essentially at home in the state. Furthermore, CNN is accessed by millions of Californians on a regular basis.

3.     This Court has specific personal jurisdiction over CNN because its suit-related conduct creates a substantial connection with the State of California and this Judicial District. CNN licenses the right to utilize the CNN name, trademarks, intellectual property, graphics, format and content, among other things, to CNN Philippines, CNN Indonesia, CNN Chile and CNN-News18 (collectively, the "International Parties"), and provides training to the International Parties in all aspects of the operation of those businesses. To the ordinary viewer, all aspects of the International Parties appear identical to CNN. The International Parties then broadcast their content, including the more than 280 infringing segments unlawfully copying the 115 Infringed Works back to the United States through CNN International, which is available on numerous cable and satellite providers in the United States, including in this Judicial District, as well as through the internet as discussed in more detail below. Under these license and/or joint venture agreements, CNN maintains the right and ability to control the conduct of the International Parties, and has a direct financial interest in their businesses, as discussed more fully below.

4.     Furthermore, upon information and belief, and as also described in more detail below, CNN has, both directly and through its licensees, the International Parties, targeted the state of California and this Judicial District specifically with its suit-related conduct as described herein.

5.     This Court has specific personal jurisdiction over CNN Philippines because its suit-related conduct creates a substantial connection with the State of California and this Judicial District. Los Angeles is home to the largest Filipino population in the United States. CNN and CNN Philippines specifically target this

2

large Filipino consumer base in Los Angeles with their content, as they are aware of this population's interest in their news product and the benefit they will receive from their viewership. Further, upon information and belief, CNN Philippines creates content to specifically appeal to the Filipino consumer base in this District. On information and belief, CNN and CNN Philippines enter into agreements with cable and satellite providers in the United States, including in California, to broadcast CNN Philippines content, including the infringing content, through CNN International, a division of CNN, in California. These parties all benefit financially from these arrangements. Further, CNN Philippines content, including the infringing content, is available on the CNN Google Play App, and can be downloaded from the Google Play Store and viewed on YouTube. On information and belief, CNN Philippines content, including the infringing content, has been downloaded and viewed by California residents. CNN and CNN Philippines benefit financially from all of the above.

6.      This Court has specific personal jurisdiction over CNN Chile because its suit-related conduct creates a substantial connection with the State of California and this Judicial District. Los Angeles is home to the largest Chilean population in the United States. CNN and CNN Chile specifically target this large Chilean consumer base in Los Angeles with their content, as they are aware of this population's interest in their news product and the benefit they will receive from their viewership. Further, upon information and belief, CNN Chile creates content to specifically appeal to the Chilean consumer base in this District.  On information and belief, CNN and CNN Chile enter into agreements with cable and satellite providers in the United States, including in California, to broadcast CNN Chile content, including the infringing content, through CNN International, a division of CNN, in California. These parties all benefit financially from these arrangements. Further, CNN Chile content, including the infringing content, is available on the

3

CNN Google Play App, and can be downloaded from the Google Play Store and viewed on YouTube. On information and belief, CNN Chile content, including the infringing content, has been downloaded and viewed by California residents. CNN and CNN Chile benefit financially from all of the above.

7.     Upon information and belief, Defendants exploited FPM's copyrighted Works (the "Works", as identified in Exhibit A, attached hereto) within the State of California, and/or authorized the same within the State of California.

8.     Upon information and belief, as mentioned above, the International Parties' programming is broadcast directly back to the United States through various cable and satellite providers on CNN International, which is a division of CNN, and is located in the United States, and is available in this District. Upon information and belief, each of the infringing segments including the Works were broadcast into this District through CNN International and viewed by citizens in this District. Furthermore, as also discussed above, the programming of the International Parties is made available to California residents on the CNN Google Play App (which can be downloaded from the Google Play Store), YouTube, and other similar means of distribution, all of which are accessible by citizens in this District. On information and belief, the infringing segments with the Works have been downloaded and viewed in this District by citizens of this District through all of the foregoing means of distribution.

9.     Upon information and belief, CNN and the International Parties have generated substantial benefits from the infringing exploitation of the Works in California and this District specifically, due to this District housing the largest population of native citizens from those countries in this District.

10.     Upon information and belief, CNN and the International Parties specifically developed and curated content, including the Works, that were specifically designed to target the Californian market, and this District specifically.

11.      Upon information and belief, CNN and the International Parties have continuously and systematically transacted business within the State of California by having their television channels available via streaming in California, as well as cable and satellite channels, and operating and maintaining extremely popular interactive websites, YouTube channels, Instagram profiles and other social media channels targeted and accessible to Californians. CNN and the International Parties' content is effortlessly accessible to Californians, and, upon information and belief, is accessed by Californians on a regular basis.

12.     Further, the International Parties downloaded the Works from United States based servers knowing that the Works would be available to stream and would be broadcast back into the United States, particularly within this forum, as described throughout this Complaint.

13.     Upon information and belief, the International Parties, at the bequest of CNN, have sent staff to visit CNN's offices in the United States, including California, for the purposes of training and education to ensure that created content would be consistent and conform with the CNN brand, look, and feel.

14.     Upon information and belief, under the agreements between CNN and the International Parties, the Defendants have purposefully availed themselves of the laws of the United States and/or California.

15.     Upon information and belief, CNN and the International Parties benefited substantially from their exploitation of the Infringing Works within the State of California, as discussed herein, through advertising revenue, cable and satellite fees, and through other means.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

16.   CNN and the International Parties have knowingly and willfully exploited the Infringing Works within the State of California.

## **VENUE**

17.   Venue in this judicial District is proper pursuant to 28 U.S.C. § 1391(b), and § 1400(a), as a substantial part of the events or omissions giving rise to the claim occurred in this District, including for example, by the maintenance of CNN's corporate office in Los Angeles, California, because Defendants are subject to personal jurisdiction within this Judicial District, and because the largest population of Chileans, Filipinos, and Indonesians in the United States are located in Los Angeles, California so that the infringing material is mostly viewed in the United States in Los Angeles, California, and thus targeted to this District.

18.   The brunt of Plaintiff's harm has therefore occurred in this District as a result of Defendants' infringing conduct.

## **PARTIES**

19.   Plaintiff Freeplay Music, LLC ("FPM") is a Delaware limited liability company with a principal place of business at 1650 Broadway, Suite 1108, New York, New York, 10019, and is the rightful owner of the Works, all duly registered with the United States Copyright Office. The titles and registration numbers for each work are listed in Exhibit A.

20.   Defendant CNN is a Delaware corporation with its principal place of business in Atlanta, Georgia. CNN has a substantial office in Los Angeles, which it calls its west coast headquarters, located at 6430 Sunset Blvd #300, Los Angeles, CA 90028. CNN owns CNN International and Great Big Story whose conduct, as described below, is also relevant to this Action.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

21.     Defendant CNN Philippines is owned by Nine Media Corporation, a Filipino based media company that operates as discussed above under a license from CNN via a joint venture partnership agreement with CNN. The Philippines is a signatory to the Hague, and may be served in conformity with the Hague treaty. United States judgments are given full force and effect in the Philippines.

22.     Although not a named party in this Action, CNN Indonesia is a relevant entity in this Action, as it has committed multiple acts of copyright infringement for which CNN is vicariously liable. Upon information and belief CNN Indonesia operates under a license from CNN via a joint venture partnership agreement with CNN. CNN Indonesia has not been named as a defendant, however, because United States judgments are not recognized or enforceable in Indonesia.

23.     Although not a named party in this Action, CNN-News18 is a relevant entity in this Action, as it has committed multiple acts of copyright infringement for which CNN is vicariously liable. Upon information and belief CNN-News18 operates under a license from CNN via a joint venture partnership agreement with CNN.

24.     Defendant CNN Chile is owned and operated by Warner Bros. Discovery Americas, which is owned by Warner Bros. Discovery, CNN's parent company, and operates via a license from CNN.  Chile is a signatory to the Hague Convention, and Chilean entities may be served through Letters Rogatory. United States judgments are given full force and effect in Chile.

## PRELIMINARY STATEMENT

25.     Trained by CNN, the International Parties, CNN International and Great Big Story have made use of more than 115 copyrighted Works of FPM as if FPM's music library was their own personal cookie jar in over 280 willfully infringing uses in segments over the last several years. As discussed below, none of

COMPLAINT FOR COPYRIGHT INFRINGEMENT

this conduct was known to FPM until recently. Considering the tens of millions of websites and hundreds of millions of videos on the internet, if not more, that would need to be monitored to detect these infringing uses, FPM's discovery is nothing short of remarkable. These are not minor uses. FPM's production music library has been used to create and enhance the CNN brand in these segments, and to create the mood and feel that the International Parties aimed to convey.  The Works often appear at the beginning of the segment and run throughout. The Works are therefore essential to each of the segments at issue in this Action. The massive unauthorized copying of the Works was also not perpetrated by mistake.  As discussed below, the licensing and payment requirements are clearly described on the FPM website.  FPM placed CNN on notice of this infringement, but its letter was ignored.

26.    This is, therefore, an action for willful copyright infringement by news media goliaths who, as experienced major network broadcasters who commission and license music all the time, certainly know they need to obtain a proper license before commercially using the Works. As mentioned, this Action involves the copying of 117 of FPM's copyrighted Works of which FPM is currently aware. FPM is a popular digital music library that offers a large online catalog of over 50,000 creative works for licensing under clear terms of use provided for on the FPM website. The FPM Works are made available by FPM for the material purpose of offering them for use in broadcast commercial videos. FPM's business model is based on this premise. A significant market for FPM is thus licensing its Works for a fee to companies to be used for commercial use as music in advertisements or other synchronized broadcast in which FPM's music is placed with audiovisual works. Defendants did exactly that –used FPM's Works, which are the subject of this Action, in their broadcasts for commercial gain. The International Parties used the FPM Works for the explicit purpose of enhancing their news product. The International Parties therefore derived advertising and other revenue and profits as a

direct result of said infringement, and CNN, which allows the International Parties to operate through a license, and trains them in all matters, and has the right and ability to therefore supervise and control the International Parties, including but not limited to the content broadcast by them, also financially benefitted through the terms of its licensing agreement with the International Parties, and through agreements with satellite and cable channels, and in other ways. However, as discussed more fully below, neither the International Parties nor CNN ever acquired a license to use the Works in any way, though they have continued for years to exploit the Works to further enhance their news product. Neither the International parties nor CNN can claim that they obtained the Works any place other than the FPM website, as the Works involved in this action are exclusively offered only on the FPM website. As high-profile news media companies which strive to provide the best news product all across the world, CNN and the International Parties know they must obtain a license to use other's intellectual property, including and specifically musical compositions and recordings, in order to synchronize that copyrighted music in their commercially broadcast productions. Despite this, they willfully and consciously did not do so here on a breathtaking scale. The infringement is continuing to this day.

27.   FPM works with TuneSat, LLC ("TuneSat"), a technology company that detects uses of music that are exploited online and on television. TuneSat services major music publishing companies, major record labels, and other copyright owners on a global scale in 14 countries and through millions of websites. TuneSat has more than 10,000 registered user accounts worldwide.

28.   TuneSat sent FPM a report of these infringing activities on May 3, 2022 and again in November of 2022. As mentioned, detecting this infringement is no small feat considering there are tens of millions of websites and hundreds of millions of videos on the internet and more created each day. There are likely many other

unauthorized uses that have not yet been discovered. For FPM to be able to find every use of FPM's Works on the internet would be impossible. Finding these infringements is akin to finding a needle in a haystack. The International Parties and CNN apparently counted on the difficulty of being caught in deciding to engage in this massive willful copyright infringement. The International Parties and CNN are the only entities with knowledge of their use of the entire universe of Works, not FPM.

29.   FPM owns the duly registered copyrighted Works that have been infringed (of which they are aware), identified on Exhibit A with their corresponding use.   FPM has identified, through TuneSat's audio fingerprint technology, that collectively the International Parties, CNN, CNN International and Great Big Story have exploited the Works in at least 283 different videos. In fact, all these uses of the Works are a direct lifting, meaning they used the exact works exclusively offered on FPM's website that require a license and payment.

30.   FPM thus brings this action to vindicate its rights for the willful infringement of the FPM Copyrights, to recover damages, and requests that this Court grant the maximum award of statutory damages for willful copyright infringement in the amount of $150,000.00 per infringed work. In light of this blatant and willful copyright infringement, anything less than the maximum statutory award of $150,000.00 per infringed work would not get the attention of these media goliaths that continue to commit widespread infringement of FPM's intellectual property, while vigorously protecting their own intellectual property. Anything less than the maximum in statutory damages would also not deter future infringement. The copying of the Works without a license and payment destroys the value of these copyrights, and sends a message that anyone can use FPM's music catalog at no cost and without consequence.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

**STATEMENT OF FACTS**

**I.      Introduction to FPM & Its Business Model**

31.   Scott Schreer ("Schreer"), one of America's most prolific and performed TV composers and producers, formed FPM in 2001 as a high-quality online music library. Schreer, whose credits include, among many others, the *NFL on Fox* theme, is also a contributing composer to FPM's music catalog. Schreer has won 7 Distinguished BMI songwriter of the year awards over the last ten years. BMI only gives out 25 such awards per year to their more than 1 million current writer and publisher members.

32.   FPM is one of the world's most visited and popular online music production library destination portals for major broadcasters, advertisers, production studios, prosumers and consumers alike. FPM offers its music catalog of over 50,000 creative works, representing 480 composers. Its catalog is available for licensed commercial use intended to be synchronized with audiovisual works. FPM has issued more than 4 million internet licenses with more than 250 million impressions to its website since its inception.

33.   FPM's website (freeplaymusic.com) clearly states that each of its songs, including the Works, must be licensed for the commercial use at issue in this Action. For example, there is a "Pricing" and a "Shopping Cart" feature prominently located at the top right of its website:



COMPLAINT FOR COPYRIGHT INFRINGEMENT

34.     Under the Pricing tab, FPM's website lists that the annual fee for Advertising for TV/Radio/Web, for "Web Only," is $250 per song, per video. The Web Only usage clearly states that "This license is for the use of one track in one advertisement, to be posted on unlimited URLs for one (1) year. Please read our TERMS OF USE carefully about the restrictions of this license."

35.     Under the Pricing tab, FPM's website lists that the annual fee for Advertising for "TV/Radio/Web" is $500 per song, per video. The TV/Radio/Web usage clearly states that "This license is for the use of one track in one advertisement, to be posted on *unlimited URLs* and broadcast on television and/or radio for one (1) year. Please read our TERMS OF USE carefully about the restrictions of this license."

36.     Under the Pricing Tab, FPM's website lists that the annual fee for a YouTube Business Use is $250 per song, per video. The YouTube Business usage is clearly described as, "the use of one track in one business-related video, to be posted on unlimited URLs for one year."

37.     Additionally, FPM's website is governed by its Terms of Use Agreement ("Terms of Use"), entitled "Freeplay Music LLC Terms of Use Agreement," which can be found at the following URL: https://freeplaymusic.com/#/terms. The Terms of Use state the following, "**PLEASE CLICK HERE TO READ MORE ABOUT OUR MUSIC LICENSING. A WRITTEN LICENSE IS REQUIRED FOR ALL USE OF FREEPLAY'S MUSIC.**" The hyperlink takes you to the Pricing site, mentioned directly above.

38.     As FPM's website makes clear, FPM requires users to license each of its songs, including the Works, for any exploitation on YouTube or otherwise.

39.     Prior to downloading and using FPM's music, including the Works, users must enter into a written license agreement with FPM that corresponds with

the user's intended use of the works (i.e., personal or commercial). The fee for such licenses varies, as discussed above, but Defendants' exploitations of the Infringing Works would have been *at least* $250 per each track, per each video use for a one (1) year license.

40.    Additionally, the front page of FPM's website lists the "Top Tracks," as shown directly below. There is a shopping cart image below the column that says "License." At all relevant times herein, FPM has made it clear that a license is required for the use of its works.



41.    Had FPM not been so vigilant as to use TuneSat to search Defendants' videos uploaded across various streaming platforms, there is no way that they could have discovered these infringements.

## II.    Defendant CNN Philippines & Its Unauthorized Use of the Works

42.    CNN Philippines launched in 2015 and has become a world leader in providing news about the Philippines across the world. Its content can be streamed online and is also available, among other places, on its YouTube channel https://www.youtube.com/c/cnnphilippines, which as of November, 2022 has 1.19 million subscribers and 316,183,422 views.

43.    CNN Philippines has access to CNN content and receives direct training and services as part of its agreement with CNN.

13

44.     Upon information and belief, CNN Philippines staff have been sent to the United States to receive training from CNN staff, and CNN staff have traveled to the Philippines to train CNN Philippines staff.

45.     In April 2016, CNN Philippines received six awards from the Golden Dove Awards of the Kapisanan ng mga Brodkaster ng Philippines ("KBP"), most notably, the Best Newscaster Award for Newsroom anchor Mitzi Borromeo. On June 30, 2016, CNN Philippines was recognized as the "Television Station of the Year" in the Rotary Club of Manila Journalism Awards. Two of CNN Philippines' news programs were recognized by the Asian Academy Creative Awards for national categories on October 15, 2020.

46.     Without any license, CNN Philippines has unlawfully utilized and directly copied at least seventy-three (73) of FPM's copywritten works in at least 169 videos.  CNN Philippines did so by copying the Works off of FPM servers located in the United States.  As discussed above, on information and belief, the content of CNN Philippines is broadcast back to the United States on CNN International on many cable and satellite networks all available in this District. On further information and belief, each of the infringing segments containing the Works have been viewed, and downloaded by citizens of California and this District.

III.    **CNN Indonesia & Its Unauthorized Use of the Works**

47.     CNN Indonesia launched in 2014. Its content can be streamed online and is also posted on its YouTube channel https://www.youtube.com/c/CNNindonesiaOfficial, which as of November, 2022 has a staggering 9.91 million subscribers and 5,151,991,536 views.

48.     CNN Indonesia has access to CNN content and receives direct training and services as part of its agreement with CNN.

49.     Upon information and belief, CNN Indonesia staff have been sent to the United States to receive training from CNN staff, and CNN staff have traveled to Indonesia to train CNN Indonesia staff.

50.     Without any license, CNN Indonesia has unlawfully utilized and directly copied at least forty (40) of FPM's Works in at least ninety-one (91) videos. CNN Indonesia did so by copying the Works off of FPM servers located in the United States.   As discussed above, on information and belief the content of CNN Indonesia is broadcast back to the United States on CNN International on many cable and satellite networks all available in this District. On further information and belief, each of the infringing segments containing the Works have been viewed, and downloaded by citizens of California and this District as discussed above.

## IV.     Defendant CNN Chile & Its Unauthorized Use of the Works

51.     CNN Chile launched in 2008 and is Chile's leading 24-hour news network and a world leader in providing Chilean news to Chileans across the world. Its content can be streamed online and is also available, among other places, on its YouTube channel https://www.youtube.com/c/cnnchile, which as of November, 2022 has 683,000 subscribers and 307,202,501 views. As discussed above, on information and belief, the content of CNN Chile is broadcast back to the United States by CNN International on many cable and satellite networks all available in this District. On further information and belief, each of the infringing segments containing the Works have been viewed, and downloaded by citizens of California and this District as discussed above.

52.     In addition to a fully staffed local news production center based in Santiago, CNN Chile has complete access to CNN's newsgathering resources including the support of 4,000 journalists based around the globe.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

53.   Upon information and belief, CNN Chile staff have been sent to the United States to receive training from CNN Staff, and CNN staff have traveled to Chile to train CNN Chile staff.

54.   Without any license, CNN Chile has unlawfully utilized and directly copied at least three (3) of FPM's Works in at least nineteen (19) different videos.

## V.   CNN-News18 & Its Unauthorized Use of the Works

55.   CNN-News18 is based in India and launched in 2005. Its content can be streamed online and is available, among other places, on its YouTube channel https://www.youtube.com/c/cnnnews18, which as of November 2022 has 2.94 million subscribers and 797,435,718 views.

56.   CNN-News18 has access to CNN content and receives direct training and services as part of its license agreement with CNN.

57.   CNN-News18 reaches an average of 45 million households every day.

58.   Upon information and belief, CNN-News18 staff have been sent to the United States to receive training from CNN staff, and CNN staff have traveled to India to train CNN-News18 staff.

59.   Without any license, CNN-News18 has unlawfully utilized and directly copied at least two (2) of FPM's Works in at least two (2) different videos.

## VI.   CNN, Its Control & Financial Benefits

60.   As touched on above, CNN provides newsgathering resources, training and many other services to its sister company, CNN Chile and CNN's joint venture partners CNN Philippines, CNN Indonesia and CNN-News18. The CNN Worldwide Fact Sheet located at https://cnnpressroom.blogs.cnn.com/cnn-fact-sheet/ states that CNN provides the International Parties with ample resources and training.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

61. CNN International and Great Big Story have also willfully infringed on the FPM Works; each having used one (1) FPM Work in one (1) of their videos.

62. Upon information and belief, CNN develops guidelines governing the type of content the International Parties, CNN International and Great Big Story can produce and exploit on their platforms.

63. Upon information and belief, CNN has and at all times had the right and the ability to control and supervise the conduct of the International Parties, CNN International and Great Big Story as well as the content they can produce and exploit.

64. Upon information and belief, CNN staff has traveled to the Philippines, Indonesia, Chile, and India to train the other CNN entities' staff, and staff from CNN Philippines, CNN Indonesia, CNN-News18 and CNN Chile have traveled to the United States to receive training from CNN staff.

65. CNN has the right and ability under their various agreements and relationships with the International Parties, CNN International and Great Big Story to supervise and control their content, including but not limited to the use of infringing material.

66. Upon information and belief, CNN gained and continues to gain a direct and substantial financial benefit from the material that appears on CNN Chile, CNN Philippines, CNN Indonesia, CNN-News18, CNN International and Great Big Story, including the infringing material, due to the vast viewership of these platforms, and the substantial revenue derived from their programming. The prestige these entities bring enriches CNN and its overall brand. This includes but is not limited to CNN receiving advertising revenue and other income streams (such as money from licensing of content to cable and satellite providers, and revenue from the CNN Google Play App, YouTube, etc.) under their various agreements with the International Parties and others. This financial benefit CNN receives from

the content of the International Parties includes the broadcast and distribution of the infringing segments containing the Works.

67.   Additionally, upon information and belief, CNN has and continues to further directly benefit from the International Parties, CNN International and Great Big Story's vast infringement of the FPM Works; a by no means exhaustive list of examples of which are by receiving a share of the revenue from these entities, as well as licensing fees from CNN Philippines, CNN Indonesia and CNN-News18.

## CAUSES OF ACTION

### Copyright Infringement Against CNN Chile and CNN Philippines

68.   Plaintiff repeats and re-alleges the foregoing paragraphs as if fully set forth herein.

69.   FPM is the legal and beneficial owner of the United States copyright in all rights, titles, and interests in the sound recordings and musical compositions listed in Exhibit A attached hereto.

70.   FPM has never authorized CNN Chile or CNN Philippines, by license or otherwise, to copy, reproduce or exploit in any manner any of the Works.

71.   Each of the Works infringed upon have been duly registered with the U.S. Copyright Office, and registration numbers for the Works are identified in Exhibit A.

72.   Defendant CNN Philippines willfully exploited at least seventy-three (73) of the Works at least 169 times. The infringing content containing the Works has been viewed thousands of times, at minimum.

73.   Defendant CNN Chile willfully exploited at least three (3) Works at least nineteen (19) times. The Works have been viewed thousands of times, at minimum.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

74. As discussed herein, CNN Chile and CNN Philippines had access to the Works and because the uses are a direct copying, the similarities are identical.

75. CNN Chile and CNN Philippines knowingly exploited the Works without any authorization to do so.

76. CNN Chile's and CNN Philippines' conduct, at all times relevant to this Action, has been targeted, knowing, willful, and with complete disregard to FPM's rights. CNN Chile and CNN Philippines understood the FPM licensing process yet willfully chose to continue to exploit the Works over the course of several years without obtaining the necessary licenses and making the required payments. CNN Chile and CNN Philippines obtained significant profit, and further prestige through the unauthorized use of the Works, which were all central to the segments on which they appeared. CNN Chile and CNN Philippines would not have massively and prominently used the Works as they did if that were not the case.

77. As a proximate cause of CNN Chile's and CNN Philippines' wrongful conduct, FPM has been irreparably harmed and suffered actual damages including lost profits and licensing fees, and diminution of the value of the copyrights in the Works.

78. Pursuant to 17 U.S.C. § 504(b), FPM is entitled to damages and Defendants' profits, in an amount to be proven at trial.

79. Pursuant to 17 U.S.C. § 504(c), FPM is alternatively entitled to the maximum amount of statutory damages, $150,000.00, for willful copyright infringement of each registered Work from the entity which unlawfully exploited them.

80. As a direct and proximate result of CNN Chile's and CNN Philippines' conduct, FPM has incurred attorneys' fees and costs which are recoverable pursuant to 17 U.S.C. § 505.

81. CNN Chile's and CNN Philippines' conduct has caused, is continuing to cause, and will further cause great damage to FPM, which damages cannot be accurately measured in monetary terms, and therefore, unless enjoined by the Court, FPM will suffer irreparable injury, for which FPM is without adequate remedy at law. Accordingly, FPM is entitled to a permanent injunction pursuant to 17 U.S.C. § 502 following judgment, prohibiting further infringement, reproduction, distribution, sale, public performance, other use, or exploitation of the Works.

## **VICARIOUS COPYRIGHT INFRINGEMENT AGAINST CNN**

82. Plaintiff repeats and re-alleges the foregoing paragraphs as if fully set forth herein.

83. CNN is vicariously liable for all infringement by CNN Chile, CNN Philippines, CNN Indonesia, CNN-News18, CNN International and Great Big Story alleged herein because, as discussed in detail above, it had and has both the right and ability to supervise those entities and their infringing conduct and because CNN had a direct and substantial financial interest in the infringing conduct.

84. By reasons of CNN's acts of vicarious infringement as alleged above, FPM has been irreparably harmed and suffered and will continue to suffer actual harm, including lost profits and licensing fees.

85. Pursuant to 17 U.S.C. § 504(b), FPM is entitled to damages, including CNN's profits, in an amount to be proven at trial. CNN has obtained direct financial benefits they would otherwise not have realized but for the infringement of the Works. As such, FPM is entitled to disgorgement of CNN's profits directly and indirectly attributable to CNN's infringement of the Works.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

86.  Pursuant to 17 U.S.C. § 504(c), FPM is alternatively entitled to the maximum amount of statutory damages, $150,000.00, for willful copyright infringement of each Work from CNN for their vicarious copyright infringement.

87. As a direct and proximate result of CNN Philippines', CNN Indonesia's, CNN Chile's, CNN News-18's, CNN International and Great Big Story's infringement, and CNN's vicarious infringement, FPM has incurred attorneys' fees and costs which are recoverable pursuant to 17 U.S.C. § 505.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgement and relief, as follows:

88. For Judgement in favor of Plaintiff and against Defendants;

89. For a declaration and finding that CNN Philippines and CNN Chile have willfully infringed Plaintiff's copyrighted works in violation of the Copyright Act, including a finding that Defendants are liable for actual damages, as well as for CNN Philippines' and CNN Chile's profits pursuant to 17 U.S.C § 504(a)(1) and (b);

90. For a declaration and finding that CNN is vicariously liable for CNN Philippines', CNN Indonesia's, CNN Chile's, CNN News18's, CNN International's and Great Big Story's willful copyright infringement, including a finding that CNN is liable for actual damages, as well as for CNN's profits pursuant to 17 U.S.C § 504(a)(1) and (b);

91. For an accounting of all profits, income, receipts, or other benefits derived by Defendants from the production, copying, display, promotion, distribution, broadcast, public performance, or sale of products and services or other media, either now known or hereafter devised, that improperly or unlawfully infringe Plaintiff's copyrights in the Works pursuant to 17 U.S.C § 504(a)(1) and (b);

COMPLAINT FOR COPYRIGHT INFRINGEMENT

92. For statutory damages, upon election prior to final judgement in the alternative to actual damages and profits, for willful copyright infringement pursuant to 17 U.S.C § 504(c);

93. For costs of suit herein, including an award of attorneys' fees pursuant to 17 U.S.C § 505;

94. For pre-judgement and post-judgement interest;

95. For a running royalty stemming from the use of the Works by Defendants following judgement in an amount to be proven at trial, or in the alternative, for the entry of an injunction requiring Defendants, their officers, agents, servants, employees, representatives, successors, licensees, partners, attorneys, and assigns, and all persons acting in concert or participation with each or any of them to be permanently enjoined from directly or indirectly infringing, reproducing, displaying, promoting, advertising, distributing, or selling any work that infringes, contributorily infringes, or vicariously infringes Plaintiff's rights in the Works protected by the Copyright Act; and

96. For such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), and otherwise, Plaintiff respectfully demands a jury trial on all issues raised in this complaint.

Dated: November 30, 2022                    Respectfully submitted,

By: /s/ Richard S. Busch
Richard S. Busch
Attorney for Plaintiff

COMPLAINT FOR COPYRIGHT INFRINGEMENT