1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREEPLAY MUSIC, LLC, | Case No.: 2:22-cv-08680-FMO-PVC |
| Plaintiff, | Assigned to Hon. Fernando M. Olguin |
| vs. | **ORDER GRANTING JOINT STIPULATION [61] REGARDING EXTENSION OF TIME FOR DEPOSITION AND MOTION TO COMPEL DEADLINES** |
| Cable News Network, Inc., CNN Chile Canal de Televisión Limitada dba CNN Chile, and Nine Media Corporation dba CNN Philippines, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING JOINT STIPULATION

24385273.1
085640-10104

# ORDER

Pursuant to the Parties' stipulation that the recent appearances of CNN Chile and CNN Philippines necessitates an extension of certain limited discovery deadlines to avoid prejudice, the Court orders that:

(1) The fact discovery cut-off will remain as September 5, 2023;

(2) All parties may conduct depositions up to and including October 5, 2023;

(3) Any motions pertaining to written discovery must be filed no later than October 5, 2023;

(4) Any motions pertaining to depositions must be filed no later than October 19, 2023;

(5) All other case deadlines detailed in the Order maintain full force and effect.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 7, 2023

/s/
Honorable Fernando M. Olguin
U.S. DISTRICT JUDGE