WOOK HWANG (*pro hac vice*)
whwang@loeb.com
LAUREN J. FRIED (SBN 309005)
lfried@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:   310.282.2000
Facsimile:    310.282.2200

*Attorneys for Defendants*
CABLE NEWS NETWORK, INC.
and CNN CHILE CANAL DE
TELEVISION
LIMITADA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEPLAY MUSIC, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>Cable News Network, Inc., CNN Chile Canal de Televisión Limitada dba CNN Chile, and Nine Media Corporation dba CNN Philippines,<br><br>                Defendants. | Case No.: 2:22-cv-08680-FMO-PVC<br><br>Assigned to Hon. Fernando M. Olguin<br><br>**NOTICE OF SETTLEMENT** |

1  Pursuant to the Court's Scheduling and Case Management Order (Dkt. 28), Parties Freeplay Music, LLC ("Freeplay"), Cable News Network, Inc. ("CNN"), CNN Chile Canal de Televisión Limitada dba CNN Chile ("CNN Chile"), and Nine Media Corporation dba CNN Philippines ("CNN Philippines"), by and through their respective counsel, hereby advise the Court that a settlement has been reached in this matter.

On or about August 25, 2023, the Parties attended a settlement conference before Bruce Friedman, Esq. of JAMS. At that time, the Parties settled the action and executed a short form settlement agreement.

The Parties are diligently working on executing a long form final settlement agreement and expect to file their dismissal papers no later than October 9, 2023. In light of the settlement reached, the Parties jointly request that the Court vacate all upcoming deadlines associated with this action.

Dated: August 26, 2023

By: /s/ Richard S. Busch
Richard S. Busch
KING & BALLOW
*Attorney for Plaintiff*
*Freeplay Music, LLC*

Dated: August 26, 2023

By: /s/ Lauren J. Fried
Lauren J. Fried
Loeb & Loeb
*Attorney for Defendants*
*Cable News Network, Inc. and CNN Chile*

Dated: August 26, 2023

By: /s/ Abirami Gnanadesigan
Abirami Gnanadesigan
Dykema Gossett LLP
*Attorney for Defendant*
*Nine Media Corp. dba CNN PHILIPPINES*

## LOCAL CIVIL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.