Richard S. Busch (SBN 319881)
E-Mail: *rbusch@kingballow.com*
Seth D. Mumy (SBN 314615)
E-Mail: smumy@kingballow.com
KING & BALLOW
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Telephone: (424) 253-1255
Facsimile: (888) 688-0482
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEPLAY MUSIC, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Cable News Network, Inc., CNN Chile Canal de Televisión Limitada dba CNN Chile, and Nine Media Corporation dba CNN Philippines, <br><br> Defendants. | Case No.: 2:22-cv-08680-FMO-PVC <br><br> Assigned to Hon. Fernando M. Olguin <br><br> **STIPULATION OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

- 1 -

STIPULATION OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE

237658663.1

239724-10004

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** it is hereby stipulated by and between all parties who have appeared in this action, through their undersigned counsel, that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Freeplay Music, LLC ("Freeplay") hereby dismisses, with prejudice, the above-captioned action in its entirety against all defendants, including Cable News Network, Inc., CNN Chile Canal de Televisión Limitada, and Nine Media Corporation (collectively, "Defendants")

Plaintiff and Defendants are each responsible for their respective fees and costs incurred in connection with this action.

STIPULATED AND AGREED TO:

Dated: November 14, 2023

By: /s/ Richard S. Busch
Richard S. Busch
KING & BALLOW
*Attorney for Plaintiff*
*Freeplay Music, LLC*

Dated: November 14, 2023

By: /s/ Lauren J. Fried
Lauren J. Fried
Loeb & Loeb
*Attorney for Defendants*
*Cable News Network, Inc. and CNN Chile Canal de Televisión Limitada*

Dated: November 14, 2023

By: /s/ Abirami Gnanadesigan
Abirami Gnanadesigan
Dykema Gossett LLP
*Attorney for Defendant*
*Nine Media Corp. dba CNN PHILIPPINES*

1 | Pursuant to L.R. 5-4.3.4, I attest that all other signatories listed, and on whose
2 | behalf the filing is submitted, concur in the filing's content and have authorized the
3 | filing.

STIPULATION OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE

237658663.1

239724-10004